UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CARLEEN WASTAFERRO )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>PERFORMANT RECOVERY, INC. )<br>    Defendant, )<br> ) | Civil Action No. 1:13-cv-10712-NMG |

### NOTICE OF SETTLEMENT

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal, with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) within 30 days.

Dated: September 30, 2013

        RESPECTFULLY SUBMITTED:

        /s/ Kevin V. K. Crick
        Kevin V. K. Crick, Esq.
        Consumer Rights Law Firm, PLLC
        231 Sutton St., Suite 1A
        North Andover, MA 01845
        Phone: (978) 420-4747
        Fax: (978) 409-1846
        Email: kevinc@consumerlawfirmcenter.com
        Attorney for Plaintiff

## **PROOF OF SERVICE**

  I hereby certify that on September 30, 2013, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

                       /s/ Kevin V. K. Crick, Esq.